1  COOLEY LLP
   BEATRIZ MEJIA (190948) (mejiab@cooley.com)
2  KYLE C. WONG (224021) (kwong@cooley.com)
   LAUREN J. POMEROY (291604) (lpomeroy@cooley.com)
3  101 California St., 5th Floor
   San Francisco, CA 94111
4  Telephone:   (415) 693-2000
   Facsimile:   (415) 693-2222
5
   MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com)
6  JAYME B. STATEN (317034) (jstaten@cooley.com)
   4401 Eastgate Mall
7  San Diego, CA 92121
   Telephone:   (858) 550-6000
8  Facsimile:   (858) 550-6420

9
10  Attorneys for Defendant
    APPLE INC.
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANDREA M. WILLIAMS AND JAMES STEWART, On Behalf of Themselves And All Others Similarly Situated, | Case No. 5:19-cv-04700-LHK |
|---|---|
| Plaintiffs, | **DECLARATION OF AHMED BASHIR IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION AND RELATED DOCUMENTS** |
| v. | |
| APPLE INC., | |
| Defendant. | Judge:   The Hon. Lucy H. Koh<br>Crtrm:   8, 4th Floor<br>Date:    March 4, 2021<br>Time:    1:30 p.m. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF A. BASHIR ISO
APPLE'S ADMIN MOTION TO SEAL
19-CV-04700-LHK

I, Ahmed Bashir, declare:

1. I am currently employed as Director of Engineering, iCloud at Apple, Inc. ("Apple"), where I oversee iCloud operations with a broad focus on distributed storage, data analytics, and high-scale platform engineering. In this capacity, I have direct knowledge, among other things, regarding Apple's iCloud data storage practices, business plans and projects, and trade secrets sufficient to identify what information could cause competitive harm to Apple should it be disclosed publicly. I submit this declaration in support of Apple's Administrative Motion to File Under Seal Apple's Administrative Motion for Leave to File a Sur-Reply to Plaintiffs' Reply in Support of Their Motion for Class Certification and Related Documents ("Apple's Motion to Seal").

2. Apple's success is due in large part to its ability to monetize its products, including iCloud. iCloud data storage practices, business plans and projects, and trade secrets are key components of that strategy. Apple faces significant competition from other companies in the cloud storage space. Accordingly, Apple strives to keep information relating to iCloud highly confidential, including the service's data storage practices, business plans and projects, and trade secrets.

3. Apple's Administrative Motion for Leave to File a Sur-Reply to Plaintiffs' Reply in Support of Their Motion for Class Certification ("Apple's Motion for Leave to File Sur-Reply") and Exhibits A ("Apple's Sur-Reply"), B, and C to the Declaration of Lauren Pomeroy in Support of Apple's Motion for Leave to File Sur-Reply ("Pomeroy Declaration"), which Apple seeks to seal in whole or in part, contain highly valuable and sensitive business information related to, among other things, Apple's iCloud data storage practices and business plans and projects. Competitors could use this information to gain insight into Apple's strategic decision-making and practices, and thus determine whether, among other things, to implement similar tactics without investing the necessary time and resources to independently develop their own plans and projects. Accordingly, public disclosure of the identified information concerning Apple's iCloud data storage practices and business plans and projects would cause Apple significant competitive injury, as competitors could use this information to gain an unfair advantage over Apple.

4. Apple's Motion for Leave to File Sur-Reply, Apple's Sur-Reply, and Exhibits B and C to the Pomeroy Declaration, which Apple seeks to seal in whole or in part, also contain highly valuable

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECLARATION OF A. BASHIR ISO
APPLE'S ADMIN MOTION TO SEAL
19-CV-04700-LHK

and sensitive business information related to, among other things, Apple's iCloud technology and trade secrets. Competitors could use this information to further develop and improve their own cloud services at Apple's expense. Competitors could also gain invaluable insight into how Apple's iCloud technology works and what competitive plans Apple may have for its iCloud service. Accordingly, public disclosure of the identified information concerning Apple's iCloud technology and trade secrets would cause Apple significant competitive injury, as competitors could use this information to gain an unfair advantage over Apple.

5. Apple therefore requests that the following information be sealed:

**Apple's Motion for Leave to File Sur-Reply**

6. Apple's Motion for Leave to File Sur-Reply contains highly sensitive, confidential commercial information related to Apple's iCloud data storage practices; business plans and projects; and technology and trade secrets, among other things. Apple and its affiliates go to great lengths to secure this information, and the public disclosure of this information could cause competitive harm to Apple for the reasons described above in Paragraphs 3 and 4. To summarize, public disclosure of this information would provide competitors with insight that they could use to unfairly compete with Apple by, for example, adopting Apple's strategic decision-making and practices or developing and improving their own cloud services at Apple's expense. Information in this document has been designated "Confidential – Attorneys' Eyes Only" by Apple pursuant to the Protective Order. Accordingly, Apple requests that the Court seal the following narrow and tailored redactions to protect Apple's non-public, confidential, proprietary business information, the public disclosure of which could cause significant harm to Apple: 2:10-13; 2:15-18; 2:25-3:1.

**Apple's Sur-Reply**

7. Apple's Sur-Reply contains highly sensitive, confidential commercial information related to Apple's iCloud data storage practices; business plans and projects; and technology and trade secrets, among other things. Apple and its affiliates go to great lengths to secure this information, and the public disclosure of this information could cause competitive harm to Apple for the reasons described above in Paragraphs 3 and 4. To summarize, public disclosure of this information would provide competitors with insight that they could use to unfairly compete with Apple by, for example,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

DECLARATION OF A. BASHIR ISO
APPLE'S ADMIN MOTION TO SEAL
19-CV-04700-LHK

adopting Apple's strategic decision-making and practices or developing and improving their own cloud services at Apple's expense. Information in this document has been designated "Confidential – Attorneys' Eyes Only" by Apple pursuant to the Protective Order. Accordingly, Apple requests that the Court seal the following narrow and tailored redactions to protect Apple's non-public, confidential, proprietary business information, the public disclosure of which could cause significant harm to Apple: 1:24-25; 2:2-11; 2:17-21; 3:2-3; 3:5-12; 3:14-18; 4:1-3; 4:5-9; 4:11-14; 4:17-18; 4:21; and footnotes 2 and 4.

**Exhibit B to the Pomeroy Declaration**

8. Exhibit B to the Pomeroy Declaration contains highly sensitive, confidential commercial information related to Apple's iCloud data storage practices; business plans and projects; and technology and trade secrets, among other things. Apple and its affiliates go to great lengths to secure this information, and the public disclosure of this information could cause competitive harm to Apple for the reasons described above in Paragraphs 3 and 4. To summarize, public disclosure of this information would provide competitors with insight that they could use to unfairly compete with Apple by, for example, adopting Apple's strategic decision-making and practices or developing and improving their own cloud services at Apple's expense. Information in this document has been designated "Confidential – Attorneys' Eyes Only" by Apple pursuant to the Protective Order. Accordingly, Apple requests that the Court seal Exhibit B to the Pomeroy Declaration in its entirety to protect Apple's non-public, confidential, proprietary business information, the public disclosure of which could cause significant harm to Apple.

**Exhibit C to the Pomeroy Declaration**

9. Exhibit C to the Pomeroy Declaration contains highly sensitive, confidential commercial information related to Apple's iCloud data storage practices; business plans and projects; and technology and trade secrets, among other things. Apple and its affiliates go to great lengths to secure this information, and the public disclosure of this information could cause competitive harm to Apple for the reasons described above in Paragraphs 3 and 4. To summarize, public disclosure of this information would provide competitors with insight that they could use to unfairly compete with Apple by, for example, adopting Apple's strategic decision-making and practices or developing and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

DECLARATION OF A. BASHIR ISO
APPLE'S ADMIN MOTION TO SEAL
19-CV-04700-LHK

improving their own cloud services at Apple's expense. Information in this document has been designated "Confidential – Attorneys' Eyes Only" by Apple pursuant to the Protective Order. Accordingly, Apple requests that the Court seal Exhibit C to the Pomeroy Declaration in its entirety to protect Apple's non-public, confidential, proprietary business information, the public disclosure of which could cause significant harm to Apple.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Cooley LLP
Attorneys At Law
San Francisco

4.

Declaration of A. Bashir ISO
Apple's Admin Motion to Seal
19-CV-04700-LHK

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on February 22, 2021 in San Jose, California.

_____
Ahmed Bashir

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

DECLARATION OF A. BASHIR ISO
APPLE'S ADMIN MOTION TO SEAL
19-CV-04700-LHK