**<u>Exhibit B</u>**

**Apple Inc.'s REDACTED Version of Document Sought to be Filed Entirely Under Seal**