**Exhibit C**

**Apple Inc.'s REDACTED Version of Document Sought to be Filed Entirely Under Seal**