| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | BEATRIZ MEJIA (190948) (mejiab@cooley.com)<br>KYLE C. WONG (224021) (kwong@cooley.com) |
| 3 | LAUREN J. POMEROY (291604) (lpomeroy@cooley.com)<br>101 California St., 5th Floor |
| 4 | San Francisco, CA  94111<br>Telephone:   (415) 693-2000 |
| 5 | Facsimile:   (415) 693-2222 |
| 6 | MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com)<br>JAYME B. STATEN (317034) (jstaten@cooley.com) |
| 7 | 4401 Eastgate Mall<br>San Diego, CA  92121 |
| 8 | Telephone:   (858) 550-6000<br>Facsimile:   (858) 550-6420 |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA M. WILLIAMS AND JAMES STEWART, On Behalf of Themselves And All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>         v.<br><br>APPLE INC.,<br><br>                            Defendant. | Case No.  5:19-cv-04700-LHK<br><br>**[Proposed] Order Regarding Defendant Apple Inc.'s Administrative Motion to File Under Seal Apple Inc.'s Administrative Motion for Leave to File a Sur-Reply to Plaintiffs' Reply in Support of Their Motion for Class Certification and Related Documents**<br><br>Judge:    The Hon. Lucy H. Koh<br>Crtrm:    8, 4th Floor<br>Date:     March 4, 2021<br>Time:     1:30 p.m. |

THIS MATTER, having come before the Court through Defendant Apple Inc.'s ("Apple") Administrative Motion to File Under Seal Apple's Administrative Motion for Leave to File a Sur-Reply to Plaintiffs' Reply in Support of Their Motion for Class Certification and Related Documents ("Apple's Motion to Seal"), and the Court having considered Apple's Motion to Seal, the Declaration of Ahmed Bashir in Support of Apple's Motion to Seal, and other papers filed concurrently therewith:

The Court finds that compelling reasons have been shown to support the filing under seal of the documents or portions of documents described therein.  Accordingly,

IT IS HEREBY ORDERED that the following documents or portions of documents shall be filed under seal and sealed from the public record:

| Document | Page/Line or Footnote | Ruling |
|---|---|---|
| Apple's Administrative Motion for Leave to File a Sur-Reply to Plaintiffs' Reply in Support of Their Motion for Class Certification ("Apple's Motion for Leave to File Sur-Reply") | 2:11-13; 2:15-18; 2:26–3:1 | Granted |
| Exhibit A ("Apple's Sur-Reply") to the Declaration of Lauren Pomeroy in Support of Apple's Motion for Leave to File Sur-Reply ("Pomeroy Declaration") | 2:3-4; 2:6-13; 2:15-16; 2:23–3:2; 3:4; 3:8-9; 3:11–4:6; 4:8-16; 4:18-21; 5:2-4; 5:8<br><br>Footnotes 2 and 4 | Granted |
| Exhibit B to the Pomeroy Declaration | Entire Document | Granted |
| Exhibit C to the Pomeroy Declaration | Entire Document | Granted |

**IT IS SO ORDERED.**

Dated: _____, 2021          By:_____
                                          Hon. Lucy H. Koh
                                          United States District Judge