| | |
|---|---|
| COOLEY LLP<br>BEATRIZ MEJIA (190948)<br>(mejiab@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>LAUREN J. POMEROY (291604)<br>(lpomeroy@cooley.com)<br>101 California St., 5th Floor<br>San Francisco, CA  94111<br>Telephone:   (415) 693-2000<br>Facsimile:    (415) 693-2222<br><br>MICHELLE C. DOOLIN (179445)<br>(mdoolin@cooley.com)<br>JAYME B. STATEN (317034)<br>(jstaten@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA  92121<br>Telephone:   (858) 550-6000<br>Facsimile:    (858) 550-6420<br><br>Attorneys for Defendant<br>APPLE INC. | THE KATRIEL LAW FIRM, P.C.<br>ROY A. KATRIEL (265463)<br>(rak@katriellaw.com)<br>2262 Carmel Valley Road<br>Suite 200-D<br>Del Mar, CA 92014<br>Telephone:    (619) 363-3333<br><br>THE MEHDI FIRM, P.C.<br>AZRA M. MEHDI (220406)<br>(azram@themehdifirm.com)<br>One Market,<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>Telephone:    (415) 293-8039<br>Facsimile:     (415) 293-8001<br><br>Attorneys for Plaintiffs<br>ANDREA M. WILLIAMS and<br>    JAMES STEWART |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA M. WILLIAMS AND JAMES STEWART, On Behalf of Themselves And All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No.  5:19-cv-04700-LHK<br><br>**STIPULATION TO REQUEST THE COURT MODIFY THE CASE MANAGEMENT ORDER (ECF NO. 64)**<br><br>Judge:　The Hon. Lucy H. Koh<br>Crtrm:　8, 4th Floor |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO MODIFY
CASE MANAGEMENT ORDER
19-CV-04700-LHK

Plaintiffs Andrea M. Williams and James Stewart ("Plaintiffs") and Defendant Apple Inc. ("Apple") (jointly, the "Parties"), through their undersigned counsel, hereby respectfully submit the following stipulation and proposed order to extend time.

**RECITALS**

**WHEREAS,** on August 12, 2019, Plaintiffs initiated this action against Apple (ECF No. 1);

**WHEREAS,** the Court's Case Management Order issued on April 17, 2020 (ECF No. 37) established certain initial deadlines, including deadlines for class certification, fact discovery, expert discovery and reports, and dispositive motions;

**WHEREAS,** the Court entered an Order Proposing Case Schedule on September 8, 2020 to amend the Case Management Order (ECF No. 61) in the interests of judicial economy;

**WHEREAS,** the Court's Case Management Order issued September 17, 2020 (ECF No. 64) set the now-current deadlines for class certification, fact discovery, expert discovery and reports, and dispositive motions.

**WHEREAS,** on December 18, 2020, Plaintiffs filed their Motion to Strike Apple's Affirmative Defenses and Prayer for Attorneys' Fees (ECF No. 71) ("Motion to Strike"), which is now fully briefed and awaiting ruling by the Court;

**WHEREAS,** on January 8, 2021, Plaintiffs filed their Motion for Class Certification (ECF No. 77), which is now fully briefed and awaiting a ruling by the Court;

**WHEREAS**, the Parties have met and conferred to agree upon a case schedule that will allow for an efficient and orderly development of the case, and which will not unduly delay the proceedings in this matter or the scheduled Final Pretrial Conference or Trial Date.

**WHEREAS**, the Parties agree that there is good cause under Federal Rule of Civil Procedure 16(b) for an extension of the applicable deadlines in this action to allow for resolution of Plaintiffs' pending Motion for Class Certification (ECF No. 77) and resolution of Plaintiffs' pending Motion to Strike, both of which bear on the scope of further fact and expert discovery.

**NOW THEREFORE**, pursuant to Civil L. R. 6-1 and 6-2, to allow for an efficient and orderly development of the case, which will not unduly delay the proceeding in this matter, the Parties jointly stipulate (subject to the Court's approval) to extend each of the following deadlines as set forth

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO MODIFY
CASE MANAGEMENT ORDER
19-CV-04700-LHK

below:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | May 21, 2021 | June 28, 2021 |
| Opening Expert Reports | June 11, 2021 | July 19, 2021 |
| Case Management Conference | June 16, 2021 | June 23, 2021 |
| Rebuttal Expert Reports | July 2, 2021 | August 16, 2021 |
| Close of Expert Discovery | July 19, 2021 | September 2, 2021 |
| Last Day to File Dispositive Motions (one per side in the entire case) | September 2, 2021 | September 30, 2021 |
| Hearing on Dispositive Motions | October 28, 2021 at 1:30 p.m. | November 18, 2021 |
| Final Pretrial Conference | January 20, 2022 at 1:30 p.m. | Unchanged |
| Jury Trial | February 28, 2022 at 9:00 a.m. | Unchanged |

**IT IS SO STIPULATED.**

Dated: May 11, 2021                                    COOLEY LLP

*/s/ Michelle C. Doolin*
Michelle C. Doolin
Attorneys for Defendant
APPLE INC.

Dated: May 11, 2021                                    THE KATRIEL LAW FIRM, P.C.

*/s/ Roy A. Katriel*
Roy A. Katriel
Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO MODIFY
CASE MANAGEMENT ORDER
19-CV-04700-LHK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA M. WILLIAMS AND JAMES STEWART, On Behalf of Themselves And All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No.  5:19-cv-04700-LHK<br><br>[~~Proposed~~] Order Granting Stipulation to Modify Case Management Order (ECF No. 64)<br><br>Judge:　The Hon. Lucy H. Koh<br>Crtrm:　8, 4th Floor |

This mater comes before the Court on Plaintiffs Andrea M. Williams and James Stewart ("Plaintiffs") and Defendant Apple Inc. ("Apple") (jointly, the "Parties") Stipulation to Modify Case Managment Order (ECF No. 64). Upon consideration of the stipulation, declaration, and for good cause shown, the court hereby GRANTS the Parties' Stipulation to Modify Case Management Order (ECF No. 64), and enters the following schedule:

| Scheduled Event | Deadline |
| --- | --- |
| Close of Fact Discovery | June 28, 2021 |
| Opening Expert Reports | July 19, 2021 |
| Case Management Conference | June 23, 2021 |
| Rebuttal Expert Reports | August 16, 2021 |
| Close of Expert Discovery | September 2, 2021 |
| Last Day to File Dispositive Motions (one per side in the entire case) | September 30, 2021 |
| Hearing on Dispositive Motions | November 18, 2021 |
| Final Pretrial Conference | Unchanged |
| Jury Trial | Unchanged |

**IT IS SO ORDERED.**

Dated: May 13, 2021      By: *Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge