ROY A. KATRIEL (SBN 265463)
**THE KATRIEL LAW FIRM, P.C.**
2662 Carmel Valley Road, Suite 201
Del Mar, CA  92014
Telephone:     +1 619 363 3333
e-mail: rak@katriellaw.com

AZRA MEHDI (SBN 220406)
**THE MEHDI FIRM, P.C.**
One Market
Spear Tower, Suite 3600
San Francisco, CA 94111
Telephone: (415) 293-8039
Facsimile: (415) 293-8001
e-mail: azram@themehdifirm.com

*Counsel for Plaintiffs Andrea M. Williams,
James Stewart, and the Certified Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **ANDREA M. WILLIAMS AND JAMES STEWART, On Behalf of Themselves And All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>Defendant. | No. 5:19-cv-4700-LHK<br><br>**CLASS PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO SECURE THE NEXT AVAILABLE HEARING DATE FOR THEIR PLANNED MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br><br>(Civil L.R. 7-11)<br><br>**Judge: Hon. Lucy H. Koh**<br>**Courtroom 8, 4th Floor** |

*Williams et al., v. Apple Inc.*,
No. 5:19-cv-4700-LHK

CLASS PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO SECURE NEXT AVAILABLE HEARING DATE FOR THEIR PLANNED SUMMARY JUDGMENT MOTION

On May 28, 2021, the Court granted in part and denied in part Plaintiffs' motion for class certification. *See* Dkt. No. 110.  The Class Plaintiffs are now ready to move for summary judgment or, in the alternative, partial summary judgment or summary adjudication.  Class Counsel contacted Judge Koh's Calendar and Courtroom Deputy to secure the next available hearing date for that planned motion but was advised that the hearing on dispositive motions was set for November 18, 2021 by the Case Management Order ("CMO") [Dkt. No. 108].  *See* Ex. 1 to Declaration of Roy A. Katriel (e-mailed exchange between Class Counsel and Courtroom Deputy).  The Courtroom Deputy advised Class Counsel that he may file a Motion for Administrative Relief seeking to advance the hearing to the next available court date.  *Id*.

Class Counsel understands that the CMO sets *deadlines* for pretrial filings and events.[1]  The Class Plaintiffs, however, are prepared to file their dispositive motion now because it is Class Counsel's position that the discovery and filings to date establish the class members' entitlement to judgment as a matter of law.  Given that, Class Counsel respectfully requests that the Court reserve its next available date for a hearing on the Class Plaintiffs' planned motion for summary judgment or, in the alternative, partial summary judgment or summary adjudication.  Doing so, will enhance judicial efficiency by permitting consideration of a motion that has the potential to dispose of the entire case (or pertinent elements of it) at the earliest possible time.[2]  There is no good reason for requiring Class Plaintiffs to wait for nearly half a year before arguing a motion they are prepared to argue now.[3]

---

[1] The latest CMO sets forth "deadlines" for pretrial events. *See* Dkt. No. 108 at p.2 Table Headings (listing "Current Deadline" and "Proposed Deadline" for the itemized pretrial events). The Courtroom Deputy, however, advised Class Counsel that a motion to advance the hearing would have to be filed in order to seek a hearing date before the November 18, 2021 deadline for the dispositive motion hearing set forth in the CMO. *See* Ex. 1 to Katriel Decl.

[2] The Federal Rules of Civil Procedure also are in accord. *See* Fed. R. Civ. P. 56(b) ("Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery.").

[3] Because a class already has been certified and because the notice and opt-out period may be completed well before the Court were to rule on the planned motion for summary judgment, there is no one-way intervention obstacle to the Class Plaintiffs' planned filing.

-1-

*Williams et al., v. Apple Inc.*,
No. 5:19-cv-4700-LHK

The Class Plaintiffs' request also follows Apple's expressed intent. In the latest Joint Case Management Statement, Apple's counsel endorsed an early dispositive motion filing, representing to the Court that "Apple anticipates filing a motion for summary judgment at the earliest opportunity." Dkt. No. 105 [Joint Case Management Statement], at 2:25.

If the Court grants this Motion for Administrative Relief, Class Counsel is prepared to file the Class Plaintiffs' motion for summary judgment or, in the alternative, partial summary judgment or summary adjudication by the end of the following business day, as required by Judge Koh's Scheduling Notes. If, on the other hand, this request were denied and the dispositive motion were not to be heard until the November 18, 2021 deadline set by the CMO, Class Counsel would withhold filing the motion until the dispositive motion filing deadline provided in the CMO.[4]

### PRE-FILING CERTIFICATION OF COUNSEL

Before filing this Motion For Administrative Relief, Class Counsel contacted Apple's counsel but did not obtain a stipulation for the requested relief. As required by Civil L.R. 7-11, a supporting Declaration and Proposed Order accompanies this filing.

### CONCLUSION

For the foregoing reasons, the Class Plaintiffs' Motion for Administrative Relief should be granted, and the Court should reserve its next available date for the Class Plaintiffs' planned motion for summary judgment or, in the alternative, partial summary judgment or summary adjudication.

---

[4] Class Counsel understands Judge Koh's practice is to limit each side to one summary judgment motion.

1 | Dated: June 1, 2021

Respectfully submitted,

/s/ Roy A. Katriel
ROY A. KATRIEL (SBN 265463)
**THE KATRIEL LAW FIRM, P.C.**
2262 Carmel Valley Road, Suite 201
Del Mar, CA  92014
Telephone: (619) 363-3333
e-mail: rak@katriellaw.com

AZRA MEHDI (SBN 220406)
**THE MEHDI FIRM, P.C.**
One Market
Spear Tower, Suite 3600
San Francisco, CA 94111
Telephone: (415) 293-8039
Facsimile: (415) 293-8001
e-mail: azram@themehdifirm.com

*Counsel for Plaintiffs Andrea M. Williams, James Stewart, and the Certified Class*