United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA M WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 19-CV-04700-LHK<br><br>**ORDER DENYING AS MOOT ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RE: MOTION TO STRIKE**<br><br>Re: Dkt. Nos. 74, 79 |

On December 18, 2020, Plaintiffs filed a motion to strike. ECF No. 71. On January 8, 2021, Apple filed an opposition to Plaintiffs' motion to strike and the instant motion to file some of its opposition under seal. ECF No. 74. In its sealing motion, Apple moves to seal (1) excerpts from the depositions of Named Plaintiffs; and (2) portions of Apple's opposition that summarize the deposition excerpts. *Id.* at 2. At the time Apple filed its sealing motion, Plaintiffs could have designated the deposition excerpts (and the opposition's summary of the excerpts) as confidential. *Id.* Thus, Apple moved to seal pending Plaintiffs' decision on confidentiality.

On January 13, 2021, Plaintiffs decided to not designate the deposition excerpts as confidential. ECF No. 79. Plaintiffs thus state that they "have *no objection to the entirety* of

1
Case No. 19-CV-04700-LHK
ORDER DENYING AS MOOT ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RE: MOTION TO STRIKE

Apple's filing in connection with its Opposition to Plaintiffs' Motion To Strike Apple's Affirmative Defenses *being unsealed and filed on the public docket*." *Id.* ¶ 3 (emphasis added).

Accordingly, the Court DENIES as moot Apple's instant motion to file under seal documents related to Apple's opposition to Plaintiffs' motion to strike, ECF No. 74. Apple shall file publicly its opposition to Plaintiffs' motion to strike and accompanying exhibits within seven days pursuant to Civil Local Rule 79-5(f)(2).

**IT IS SO ORDERED.**

Dated: June 22, 2021

_____
LUCY H. KOH
United States District Judge