United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA M WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 19-CV-04700-LHK<br><br>**CASE MANAGEMENT ORDER** |

On June 21, 2021, the Court ordered a case schedule following its granting of class certification and granting Apple leave to amend it answer, and to allow the parties to meaningfully participate in settlement negotiations before dispositive motions practice. ECF No. 119. On September 8, 2021, the parties filed a Joint Case Management Statement. ECF No. 127.

The Court adopts the parties' suggested modifications in part. Accordingly, the Court (1) sets the following case schedule, (2) continues the September 15, 2021 case management conference to November 17, 2021, at 2:00 p.m., (3) refers the parties to an additional private mediation with a completion deadline of January 31, 2022, and (4) orders that the parties file a joint settlement status report by February 1, 2022.

1

Case No. 19-CV-04700-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Previous Deadline | New Deadline |
|---|---|---|
| Rebuttal Expert Reports | September 16, 2021 | September 16, 2021 |
| Close of Expert Discovery | October 1, 2021 | October 1, 2021 |
| Further Case Management Conference | September 15, 2021 | November 17, 2021 at 2:00 p.m. |
| Last Day to File Dispositive Motions (one per side in the entire case) | Opening Brief: November 11, 2021<br><br>Opposition: December 2, 2021<br><br>Reply: December 15, 2021 | Opening Brief: December 9, 2021<br><br>Opposition: January 5, 2022<br><br>Reply: January 26, 2022 |
| Deadline to Complete Private Mediation | n/a | January 31, 2022 |
| Deadline to Submit Joint Settlement Status Report | n/a | February 1, 2022 |
| Hearing on Dispositive Motions | January 13, 2022, at 1:30 p.m. | February 10, 2022 at 1:30 p.m. |
| Final Pretrial Conference | March 24, 2022, at 1:30 p.m. | April 14, 2022 at 1:30 p.m. |
| Jury Trial | April 25, 2022 | May 2, 2022 at 9:00 a.m. |
| Length of Trial | To be determined after rulings on dispositive motions | 8 days |

**IT IS SO ORDERED.**

Dated: September 9, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge