1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA M WILLIAMS, et al., | Case No. 19-CV-04700-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

The parties filed their joint case management statement on November 10, 2021.  ECF No. 137.  The Court continues the November 17, 2021 case management conference to February 10, 2022 at 2:00 p.m.  The parties shall file their joint case management statement by February 3, 2022.

In their joint case management statement, the parties request that the Court either vacate the case schedule or extend the trial date to July 18, 2022.  Under the Civil Justice Reform Act, the Court must enter judgement in this case within three years of the August 12, 2019 filing of the complaint.  Thus, the Court must enter judgment after either ruling on post-trial motions or granting final approval of class action settlement by August 11, 2022.  Therefore, the Court cannot vacate the case schedule or extend the trial date to July 18, 2022.

Thus, the Court will maintain the current May 2, 2022 trial date.  However, the Court will extend some other deadlines to allow the parties to focus on finalizing their settlement.  The Court amends the case schedule as follows:

1

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | April 27, 2020 |
| Last Day to File Motion for Class Certification | January 8, 2021 |
| Last Day to File Opposition to Motion for Class Certification | January 29, 2021 |
| Last Day to File Reply In Support of Motion for Class Certification | February 12, 2021 |
| Deadline to Complete First Mediation | February 17, 2021 |
| Class Certification Hearing | March 4, 2021 |
| Close of Fact Discovery | July 28, 2021 |
| Opening Expert Reports | August 19, 2021 |
| Rebuttal Expert Reports | September 16, 2021 |
| Close of Expert Discovery | October 1, 2021 |
| Last Day to File Motion for Preliminary Approval | January 6, 2022 |
| Further Case Management Conference | February 10, 2022 |
| Hearing on Motion for Preliminary Approval | February 10, 2022 |
| Last Day to File Dispositive Motions, Motions to Strike Expert Testimony, and Motion to Decertify or for Leave to File Partial Reconsideration of Denial of Larger Class Period<br><br>(one summary judgment motion per side in the entire case; motion to strike up to two experts per side in the entire case) | Opening: January 20, 2022<br>Opposition: February 9, 2022<br>Reply: February 17, 2022 |
| Hearing on Dispositive Motions, Motions to Strike, Motions to Decertify, or Motions for Reconsideration | March 3, 2022 at 1:30 p.m. |
| Final Pretrial Conference | April 21, 2022 at 1:30 p.m. |
| Jury Trial | May 2, 2022 at 9:00 a.m. |
| Length of Trial | To be decided after dispositive motions |

**IT IS SO ORDERED.**

Dated: November 11, 2021

LUCY H. KOH
United States District Judge

2

United States District Court
Northern District of California