UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JAMES STEWART, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 19-cv-04700-LB<br><br>**JUDGMENT** |

On August 4, 2022, the court granted the plaintiffs' motion for final approval and granted the plaintiffs' motion for attorney's fees, costs, and service awards. Judgment is entered. The Clerk is ordered to close this file.

**IT IS SO ORDERED.**

Dated: August 4, 2022

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-04700-LB